IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED OCT 29 2019
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:19CR573-1 |
| BENJAMIN DANIEL PRUITT | |

The Grand Jury charges:

## COUNT ONE

On or about March 11, 2019, in the County of Rockingham, in the Middle District of North Carolina, BENJAMIN DANIEL PRUITT knowingly did possess in and affecting commerce firearms and ammunition, that is, a Heckler & Koch 9mm handgun, two Davis Industries .32 caliber handguns, a Sun City Machinery Company LTD 12 gauge shotgun, an I.O. (Interordance) 7.62x39 caliber rifle, a Savage Arms 30-06 caliber rifle, and miscellaneous ammunition, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about March 11, 2019, in the County of Rockingham, in the Middle District of North Carolina, BENJAMIN DANIEL PRUITT knowingly did possess a machinegun, as defined in Title 18, United States Code, Section

921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a .22 caliber machinegun; in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE

On or about March 11, 2019, in the County of Rockingham, in the Middle District of North Carolina, BENJAMIN DANIEL PRUITT knowingly did possess a firearm, to wit: a weapon made with a Glock Switch, which had not been registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

DATED: October 28, 2019

MATTHEW G.T. MARTIN
United States Attorney

BY: MEREDITH C. RUGGLES
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

2